I wish for the court to appoint me a Lawyer. Thank you GOD (YAHWEH) bless y'all... Loved ones (including Friends), through "Jesus Christ."

# UNITED STATES DISTRICT COURT
## ~~SOUTHERN~~ Northern DISTRICT OF FLORIDA

Civil Case Number: 1.14cv58

Maximo Ramos Arango
(Write the full name of the plaintiff)

vs.

1. Williams Robinson
2. Lakeisha Dickerson
3. Ronald Fisher
4. Lloyd Thompson

(Write the full name of the defendant/s in this case)

5. John
6. Jean Epling
7. City of Gainesville
8. Jalisa Middleton
9. James
10. Issac
11. Alachua County Police Dept'
12. Inspectors
13. Maintenance workers

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

A. Plaintiff: _____

Address: _____

Inmate/Prison No.: _____

*Year* of Birth: _____ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: _____   Defendant: _____

Official Position: _____   Official Position: _____

Place of Employment: _____   Place of Employment: _____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

Filed 0414'14 USDCFlnlPM1234

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1. I was verbally abused & oppressed especially Emotionally by the Defendants. 2. Lloyd Thompson humiliated me on numerous occasions, Like one evening at supper time he yelled at me infront of everyone including his coworker Mrs. Amanda, that he wouldn't let me wash my hands & utensil before eating, this is on camera. 3. Lakeisha Dickerson would yell at me all sort of insulting & racist names and threaten to lock me out of the Dorm on the winter season. 4. Williams Robinson would yelled at me all sort of insulting names & fabricated lies. 5. Lakeisha have us taking shower in unsanitary showers & denied my request to remove that shower's Disable bar cuz theres alot of germs or to glue it she said we were evil that we deserve to bathed like that. 6. John L. & some of the other staffs would talk over our food especially snacks & cups of water they prepare for our medication & when I complaint about it & request to be allowed to bring my own cup Lloyd denied it. 7. They be also placing unsanitary utensil on top of our meals intentional when we have two containers full of spoons & forks, to dishonor us and to makes us look like homosexuals. Ecowards. I politely asked them to stop & Jalisa said that they are going to continued to do it like they always have. She had throw my toilet paper on the rug without the wrapper one night. Jean Epling was starving me & kept sending me meat product & knowing that I was label vegan & vegetarian, sometimes they wouldn't give me anything. Sometimes when I started complaining they wouldn't wrap my tray the was also written on my label to wrap it nor peanut butter in the container and vege burger out of the wrap the comes from the fabric & with gravy & one time it had some black stuff on it. I called the Florida Abused Line, Disability Line, I wrote complaints and never received a response. Issac wouldn't clean the tables nor chairs before placing our linen on it. James would & Ronald would place spoons & fork on my food knowing how I am about sonitation, he (Ronald) had me being assaulted by two of his patients friends (Clayton Brown & Bennett Razor) & he threaten to have them do it again if I wouldn't stop complaining & snitching.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I want $1,000,000 from each one of the individuals & 10,000,000 from the city of Gainesville & ~~Gainesville Po~~ Alachua County police department $10,000,000 from them too for neglecting & threating me, if I kept snitching to them about people that were selling weapons illegally, especially to place me on phone restriction, & about child molesters too.

In case something happens to me give the money splited between Miley Cyrus, Selena Gomez, Taylor Swift, Ariana Grande & my dad's side of the family

I wish for them to stop putting the utensils on our meals, to wear gloves, mask & head cover when preparing & serving our meals... To clean the Activity Room Popcorn machine windows & to have the Dormitory cleaning staff clean the showers themselves or to Introduct to the patient how to properly

clean it and to remove the disable bars or glue to clean the area then we will receive the disable bars and glue the bare the bottom part of the showers walls cus theres all sorts of bacterias in there.

I was mainly harriassed & humiliated because they wouldn't turn on the heater on my Pod & room the whole winter season of Last year (2013), just on 2-2-13 & then they turned off talking about it was too hot, Lakeisha, Williams, Jalisa & Lloyd were saying that we don't deserve any heater, A Patient by the name of Andrew Pearce told me that they wouldn't turn the heater on for the past 4 years they been freezing the Patients over there, and the Inspectors were conspiring with them to freeze us. I am suing them in their Individual & Official capacities, and "Personal Involvement."

### IV. Jury Demand

Are you demanding a jury trial?  ✓ Yes  ___ No

Signed this 10 day of April, 2014

*Maximo Ramos Chango*
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 4/10/2014

*Maximo Ramos Chango*
Signature of Plaintiff

Broward County Jail
Maximo Ramos Arango Jail #501402066
555 SE 1st Avenue
Ft. Lauderdale, Fl. 33301
7th Floor. D. 3. Room #5
Disciplinary Confinement/-
Solitary Confinment.

Main Jail Facility
P.O. Box 9356
Ft. Lauderdale, FL 33310



FOREVER USA
Bank Swallow

Clerks Office
United States District Court
Northern District of Florida
U.S. Federal Courthouse
~~401 N. Adams S~~
401 SE. First Avenue RM #243
Gainesville, FL 32601

3260186095