### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

MAXIMO RAMOS ARANGO,

    Plaintiff,

v.                                  CASE NO. 1:14-cv-00058-MP-GRJ

WILLIAMS ROBINSON, et al.

    Defendants.

_____/

### O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 17, 2014. (Doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted and pursuant to Fed. R. Civ. P. 41(b) for failure to comply with an order of the Court. The dismissal qualifies as a strike under 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this   *25th* day of November, 2014

                                        *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge